UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CATHRYN LAFAYETTE,<br>Plaintiff,<br><br>vs.<br><br>GMAC/ALLY FINANCIAL, et al.<br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1: 12-cv-1865-TWT |

### JUDGMENT

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for a frivolity determination pursuant to 28 U.S.C. §1915, and the court having made such determination, it is

**Ordered and Adjudged** that the action be **DISMISSED** as frivolous.

Dated at Atlanta, Georgia, this 11th day of June, 2012.

JAMES N. HATTEN
CLERK OF COURT

By: _[signature]_
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 11, 2012
James N. Hatten
Clerk of Court
By: _[signature]_
Deputy Clerk